UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JEFFREY RIVARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25-cv-00329-SDN |
| | ) | |
| JULIE HOWARD and | ) | |
| YORK COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On June 27, 2025, the United States Magistrate Judge filed with the Court, with a copy to Plaintiff Jeffery Rivard, her Recommended Decision after preliminary review of Plaintiff Rivard's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). Recommended Decision (ECF No. 6). The Magistrate Judge recommended dismissal of the complaint due to Plaintiff Rivard's failure to provide enough detail to state a claim or name a proper defendant in his complaint. *Id.* Plaintiff Rivard filed an objection to the Recommended Decision on July 9, 2025. Obj. to Ruling (ECF No. 7).

A plaintiff must include in their complaint "the crucial detail[s] of who, what, when, where, and how" to state a plausible claim for relief. *Byrne v. Maryland*, No. 20-CV-00036, 2020 WL 1317731 (D. Me. Mar. 20, 2020), *R&R adopted*, 2020 WL 2202441 (May 6, 2020); *see also Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 570 (2007) (stating the plaintiff's complaint must contain "enough facts to state a claim to relief that is plausible on its face"). Here, Plaintiff Rivard's complaint contains only one paragraph of conclusory statements that fails to meet the threshold for plausibility. *See* Pl.'s Compl. at 5. Similarly, Plaintiff Rivard's objection contains additional conclusory statements and does not

provide any argument that would allow me to find that the allegations in his complaint are plausible. *See* Obj. to Ruling.

Accordingly, I have reviewed and considered the Magistrate Judge's Recommended Decision and the Plaintiff's objection, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision, and I concur with the Magistrate Judge's recommendations.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915 and 28 U.S.C. § 1915A, Plaintiff's complaint is **DISMISSED**.

**SO ORDERED**.

Dated this 6th day of August, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**